UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          Plaintiff,

v.

THE SWEET CORNER CAFE, INC.,

          Defendant.

Case No. 21-cv-01652-JST

**ORDER TO SHOW CAUSE**

The parties have failed to comply with the Court's order to file, by August 26, 2021, a notice of settlement, notice of mediation, or joint statement explaining why neither notice could be filed. ECF No. 15. Plaintiff is ordered to show cause in writing by September 3, 2021, as to why this case should not be dismissed for failure to prosecute. Failure to file a timely response to this order to show cause will result in dismissal of this case with prejudice.

**IT IS SO ORDERED.**

Dated: August 27, 2021



JON S. TIGAR
United States District Judge